UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Plasterers and Cement Mason Local 40

v. CA 04-503ML

Bustillo Concrete Co.

ORDER

The above-captioned case was filed on November 29, 2004 and default was entered on February 16, 2005. The matter has been pending since without any further action and at least 120 days have passed.

It is now ORDERED that this action will be dismissed, as to the above-named defendants, without prejudice and without costs within 15 days for lack of prosecution, unless plaintiff can show good cause why the case should not be dismissed. Local Rule 21(b).

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
U.S. District Judge
June 23 , 2005

Entered as an Order of this Court on June 23, 2005

Barbara Barletta
Deputy Clerk