**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| PLASTERERS AND CEMENT MASONS LOCAL 40, ET. AL.<br>Plaintiffs<br><br>v.<br><br>BUSTILLO CONCRETE CO.,<br>Defendant. | : | C.A. No. 04-503 |

**NOTICE OF INTENTION TO TAKE DEPOSITION**

Please take notice that Plaintiffs Plasterers and Cement Masons will conduct the deposition of the **Keeper of Records for Bustillo Concrete Co.** to be held at the office of Gursky Law Associates, 420 Scrabbletown Road, Suite C, North Kingstown, Rhode Island 02852 on **July 14, 2005 at 2:00 p.m.** before a notary public duly commissioned in the State of Rhode Island.

Plaintiffs,
By their attorneys,

Elizabeth A. Wiens, Esq.#6827
Marc B. Gursky, Esq. #2818
Gursky Law Associates
420 Scrabbletown Road, St C
North Kingstown, RI 02852
Tel. (401) 294-4700
Fax. (401) 294-4702

To:

Iron & Associates
11 S. Angell Street
Providence, RI 02906

Rodio & Ursillo, LTD
86 Weybosset Street
Providence, RI 02903

Rodney Bustillo
24 Wesleyan Ave
Providence, RI 02907

AO88 (Rev. 1/94) Subpoena in a Civil Case

**Issued by the**

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

Plasterers' and Cement Masons' Local 40 et. al.

V.

Bustillo Concrete Co.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 04-503

TO: Keeper of Records, Bustillo Concrete c/o Rodio & Ursillo, LTD, D/A/S Bustillo Concrete 86 Weybosset St., Providence, RI 02903

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See Exhibit A

| PLACE | DATE AND TIME |
|---|---|
| 420 Scrabbletown Rd, Ste. C, North Kingstown, RI 02852 | July 14, 2005 at 2pm |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| E. Wiens Atty for Plaintiff | 6/28/05 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Elizabeth Wiens, Esq., 420 Scrabbletown Rd., Ste. C, N. Kingstown, RI 02852 (401) 294-4700

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

*Plasterers' and Cement Masons'*
*Local 40 Funds, et. al.*
*v. Bustillo Concrete Co.*
Keeper of Records Deposition
Attachment A

You are commanded to produce and permit inspection of the following:

1) Corporate Tax Returns from 2003 to the present.

2) Year End Financial Statements from 2003 to the present.

3) Interim Statements from January 1, 2003 to the present

4) Payroll records for the following employees for the period of May 1, 2003 to the present:

   Spencer Bliss
   Ashley Espinal
   Guy Davis
   Patrica Isom
   Perry William
   Barry Vallier

5) Remittance reports for the period of May 2003 to the present.