**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| PLASTERERS AND CEMENT MASONS LOCAL 40, ET. AL.<br>Plaintiffs<br><br>v.<br><br>BUSTILLO CONCRETE CO.,<br>Defendant. | C.A. No. 04-503 |

**PLAINTIFFS' RESPONSE TO SHOW CAUSE ORDER**

Plaintiffs hereby file this statement in response to this Court's June 23, 2005 show cause order in the above-captioned matter. In support thereof Plaintiffs state as follows:

1. On or about February 16, 2005, default was entered against Defendant in this case for failure to respond.

2. Since February 16, 2005, Plaintiffs have been attempting to obtain remittance forms from Defendant in order to calculate the amount owed.

3. Plaintiffs have recently learned, after attempting to subpoena the president of Bustillo Concrete, Co., that said president is in the process of being deported.

4. Plaintiffs are attempting to locate the Keeper of the Records for Bustillo Concrete and have issued a subpoena and notice of deposition for July 14, 2005.

5. Once Plaintiffs have obtained the necessary documentation to calculate the amounts owed by Defendant, it will file a Motion for Judgment by Default with this Court.

Respectfully submitted,
On behalf of Plaintiffs,
By their attorneys,

Elizabeth Wiens, Esq. (#6827)
Marc B. Gursky, Esq. (#2818)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Ste. C
North Kingstown, R.I. 02852
Tel. (401) 294-4700
Fax. (401) 294-4702

Dated: June 30, 2005

CERTIFICATION

I hereby certify that I caused a copy of the foregoing to be sent first-class mail, postage prepaid on this 30 of June, 2005, to the following parties of record:

Bustillo Concrete Co.
807 Broad Street
Providence, RI 02907

Rodio & Ursillo, LTD
86 Weybosset Street
Providence, RI 02903