**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**PLASTERERS AND CEMENT**
**MASONS LOCAL 40, et al**

**V.** **CA. 04-503ML**

**BUSTILLO CONCRETE CO.**

**ORDER**

**Pursuant to the Plaintiff's response to the Show Cause Order issued on June 23, 2005, it is hereby ordered that Plaintiff file a Motion for Default Judgment or furnish a status report to the Court by September 16, 2005.**

**herby GRANTED.**

**SO ORDERED:**

Mary M. Lisi

**Mary M. Lisi**
**United States District Judge**
**August 9 , 2005**

**ENTERED as an Order of this Court on August 9 ,2005.**

Barbara Barletta

**Deputy Clerk**