**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| PLASTERERS AND CEMENT MASONS LOCAL 40, ET. AL.<br>Plaintiffs | : | |
| v. | : | C.A. No. 04-503 |
| BUSTILLO CONCRETE CO.,<br>Defendant. | : | |

**MOTION FOR ENTRY OF JUDGMENT BY DEFAULT**

Now come Plaintiffs, by and through their attorney, and requests that this Court enter judgment by default pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure. Plaintiffs have been unable to determine the exact amount owed but seek judgment for delinquent contributions from May 1, 2003 through the present for an amount to be determined in the future.

In support of this Motion, Plaintiffs rely upon the Affidavits of Donald Lavin and Elizabeth Wiens, Esq., filed contemporaneously herein.

Respectfully submitted,
On behalf of Plaintiffs,
By their attorneys,

Elizabeth Wiens, Esq. (#6827)
Marc B. Gursky, Esq. (#2818)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Ste. C
North Kingstown, R.I. 02852
Tel. (401) 294-4700
Fax. (401) 294-4702

Dated: September 13, 2005

## CERTIFICATION

I hereby certify that I caused a copy of the foregoing to be sent first-class mail, postage prepaid on this 15 of September, 2005, to the following parties of record:

Bustillo Concrete Co.
807 Broad Street
Providence, RI 02907

Rodio & Ursillo, LTD
86 Weybosset Street
Providence, RI 02903