SEP 15 2005

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PLASTERERS AND CEMENT MASONS LOCAL 40, ET. AL. Plaintiffs | |
| v. | C.A. No. 04-503 |
| BUSTILLO CONCRETE CO., Defendant. | |

**AFFIDAVIT OF DONALD LAVIN IN SUPPORT OF JUDGMENT BY DEFAULT**

I, Donald Lavin, being first duly sworn, depose and state as follows:

1. I am the Co-Administrator for the Plasterers and Cement Masons Local 40 Pension Fund, Annuity Fund, and the Health and Welfare Fund. I am also familiar with the operation and administration of the Apprenticeship Fund. The Funds are joint labor-management employee pension and benefits plans, which provide retirement, health and other benefits to members of the Plasterers and Cement Masons Local 40 (hereinafter, "Local 40").

2. Defendant was, at all relevant times, party to a collective bargaining agreement which requires contributions to the Funds based on hours worked for the defendant by members of Local 40 as well as other employees covered by the collective bargaining agreement.

3. Contributions to the Funds are due by the 20th of the month following the month in which the work was performed. For the period of May 2003 through the present, Defendant has failed to submit contributions to the Fund even though its employees performed covered work for Defendant during this period.

4. Pursuant to the Trust Agreement(s), interest is accrued annually at the prime rate set by the Bank of America.

5. Pursuant to the Employee Retirement Income Security Act, 29 U.S.C. §§1132 and 1145, the Court shall award a 20% penalty. This penalty is also provided for in the Funds' respective Trust Agreements.

6. The Funds have thus far expended costs in the amount of $417 and counsel fees in the amount of $1505.75 in prosecuting this action.

7. Based upon information and belief, Defendant is no longer operating and its sole officer, Rodney Bustillo, is in the process of being deported.

8. The Fund has no records of the amounts Defendant owes due to Defendant's failure to report the number of hours worked by his employees.

9. The foregoing is true and correct to the best of my knowledge.

Dated: 9/14/05

I, Donald Lavin, being first duly sworn, on oath depose and state that I have read the foregoing affidavit and that the factual allegations contained therein are true to the best of my knowledge and belief.

Donald Lavin

Subscribed and sworn to before me, by Donald Lavin, this 14TH day of September, 2005.

Raymond F. Tierney Jr.
NOTARY PUBLIC
My commission expires on:
9/17/05