**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| PLASTERERS AND CEMENT MASONS LOCAL 40, ET. AL.<br>Plaintiffs | : | |
| v. | : | C.A. No. 04-503 |
| BUSTILLO CONCRETE CO.,<br>Defendant. | : | |

**AFFIDAVIT IN SUPPORT OF MOTION FOR ENTRY OF JUDGMENT BY DEFAULT**

I, Elizabeth Wiens, being first duly sworn, depose and state as follows:

1. I am counsel of record to Plaintiffs and have personal knowledge of the facts set forth herein.

2. On February 16, 2005, the clerk granted Plaintiffs' Application for Entry of Default against Defendant.

3. Since that time, Plaintiffs have been attempting to obtain documents from Defendant that would enable Plaintiffs to calculate damages. Without these documents, Plaintiffs cannot calculate their damages.

4. The damages in this action are based on the number of hours of covered work performed by Defendant. The number of hours worked is then multiplied by the contribution rate in order to calculate the exact amount owed.

5. I have attempted several times, to no avail, to contact Rodney Bustillo, the only officer of the corporation, in order to obtain the aforementioned documents.

6. I have twice subpoenaed the Keeper of Records of Bustillo in an attempt to obtain the

aforementioned records. However, the first time, Constable Tom Noury was unable to locate Rodney Bustillo and was told by Mr. Bustillo's mother that he was in jail awaiting deportation. The second time, I was informed by Rodio and Ursillo, LTD, Defendant's registered agent for service, that it does not know where Rodney Bustillo or the documents are.

7. Plaintiffs request that this court enter judgment in an amount to be determined in the future based on the number of hours of covered work performed by Defendant. Plaintiffs also seek an award of interest and a twenty percent penalty on the delinquent contributions.

8. Plaintiffs also request attorneys' fees in the amount of $1922.75.

Dated: September 13, 2005

I, Elizabeth Wiens, being first duly sworn, on oath depose and state that I have read the foregoing affidavit and that the factual allegations contained therein are true to the best of my knowledge and belief.

Elizabeth Wiens, Esq. (#6827)

Subscribed and sworn to before me this 15th day of September, 2005.

Kathleen Sullivan
Notary Public
My commission expires on: 4/15/09

## CERTIFICATION

I hereby certify that I caused a copy of the foregoing to be sent first-class mail, postage prepaid on this 15 of September, 2005, to the following parties of record:

Bustillo Concrete Co.
86 Weybosset Street
Providence, RI 02903

Rodio & Ursillo, LTD
807 Broad Street
Providence, RI 02907