UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

PLASTERERS AND CEMENT MASONS LOCAL 40, ET. AL.,
Plaintiffs

v.

BUSTILLO CONCRETE CO.,
Defendant.

C.A. No. 04-503 ML

**JUDGMENT**

On September 15, 2005, Plaintiffs requested that this Court enter judgment by default against Defendant pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure. The issues have been addressed and a decision has been rendered. Plaintiffs' Motion is granted and it is hereby

**ORDERERD AND ADJUDGED:**

Judgment shall enter for Plaintiffs as follows:

1) Contributions for the period of May 1, 2003 to the present, to be calculated at a later date;

2) Interest and penalties on the foregoing contributions; and

3) Attorneys' fees and costs in the amount of $1922.75.

ENTER: PER ORDER:

Presented by:

Elizabeth A. Wiens, Esq. (#6827)
Gursky Law Associates
420 Scrabbletown Road, Ste. C
N. Kingstown, RI 02852
Tel. 401-294-4700
Fax.401-294-4702